RUSSELL J. OLIVER, Appellant, v. AL'S TAXI, INC., et al., Respondents.

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.